1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California 95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 tanya@moorelawfirm.com

5 Attorneys for Plaintiff
Jose Escobedo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | No. 1:15-cv-00157-AWI-SMS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| BALTARA ENTERPRISES, L.P. | |
| Defendant. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: April 2, 2015                MOORE LAW FIRM, P.C.

                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorneys for Plaintiff
                                   Jose Escobedo

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  April 3, 2015                                    _____
                                                                            SENIOR DISTRICT JUDGE